**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS AND COLLEEN MEYERS, | |
| Plaintiffs, | CIVIL ACTION NO. 3:16-CV-01821 |
| v. | (JUDGE CAPUTO) |
| PROTECTIVE INSURANCE COMPANY | |
| Defendant. | |

**ORDER**

**NOW**, this 27th day of January, 2017, **IT IS HEREBY ORDERED** that:

(1) Defendant's Motion to Dismiss (Doc. 3) is **GRANTED in part and DENIED in part:**
  (a) All references to a fiduciary duty are to be stricken from the Complaint;
  (b) Plaintiffs' bad faith claims are **DISMISSED without prejudice**; and
  (c) Plaintiffs will be permitted to proceed on their loss of consortium claim.
(2) Plaintiffs have **twenty-one (21) days** from the date of entry of this Order to file an Amended Complaint to properly plead their bad faith claims, and to remove all references to a fiduciary duty from the Complaint; otherwise, the bad faith claims will be **dismissed with prejudice**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge