# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS and COLLEEN MEYERS, | |
| Plaintiffs, | NO. 3:16-CV-01821 |
| v. | (JUDGE CAPUTO) |
| PROTECTIVE INSURANCE COMPANY, | |
| Defendant. | |

## **ORDER**

**NOW**, this 20th day of April, 2018, **IT IS HEREBY ORDERED** that Defendant's Motion for Judgment on the Pleadings (Doc. 35) is **DENIED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge